IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN WILLIAM GILAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11-cv-752-WMA-TMP |
| ) | |
| JIMMY HARRIS, SHERIFF OF ) | |
| DEKALB COUNTY, ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On April 27, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. Petitioner filed objections on May 10, 2011.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED, the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE for lack of exhaustion of state remedies.

DONE this 14th day of June, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE